AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| PAUL SAPAN,<br><br>*Plaintiff(s)*<br>v.<br><br>CONSUMER CREDIT COUNSELING FOUNDATION, INC., A Florida Corporation,, ISHWINDER JUDGE, an individual,<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ISHWINDER JUDGE
1393 Via Di Salerno
Pleasanton, CA 94566

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher J. Reichman  (SBN 250485)
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, CA 92123
Telephone: 619-683-7971
Email: chrisr@prato-reichman.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. SACV15-1929 AB (KESx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ISHWINDER JUDGE

was received by me on *(date)* 11/20/2015

☒ I personally served the summons on the individual at *(place)* 1393 Via Di Salerno, Pleasanton, CA 94566 at 7:17PM on *(date)* 12/16/2015 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ 85.00 for services, for a total of $ 85.00

I declare under penalty of perjury that this information is true.

Date: 01/07/2016

*Server's signature*

STEPHEN P. HUTSON   CONTRA COSTA   RPS #587
*Printed name and title*

SAN DIEGO SERVICE OF PROCESS
2445 MORENA BLVD. #201
SAN DIEGO, CA 92101
*Server's address*

Additional information regarding attempted service, etc:
ADDITIONAL DOCUMENTS SERVED: Complaint; Civil Cover Sheet; Notice to Parties of Court-Directed ADR Program; Notice of Assignment to United States Judges