Christopher J. Reichman, SBN 250485
ChrisR@Prato-Reichman.com
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, California 92123
Telephone: (619) 683-7971
Facsimile: (619) 241-8309

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, | Case No.:  8:15-cv-01929 AB KES |
| Plaintiff, | |
| vs. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| CONSUMER CREDIT COUNSELING FOUNDATION, INC., A Florida Corporation,, ISHWINDER JUDGE, an individual, | |
| Defendants. | Hon. Andre Birotte, Jr. |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

PLAINTIFF HEREBY GIVES NOTICE that the above-captioned action is

voluntarily dismissed, <u>with prejudice</u> against all defendants (CONSUMER

CREDIT COUNSELING FOUNDATION, INC. and ISHWINDER JUDGE)

pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).  None of the

Defendants have filed or served an answer nor motion for summary judgment, therefore this Notice serves as the dismissal without prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

After the default of both Defendants was entered but before Plaintiff's deadline to file an Application For Default Judgment had run, the parties got in contact and were able to resolve their differences.  Plaintiff files this self-executing notice because it is allowed by the federal rules and obviates the need for a motion hearing or any further use of valuable Court resources.


DATED: March 9, 2016                         **PRATO & REICHMAN, APC**


                                             /s/Christopher J. Reichman, Esq.
                                             By: Christopher J. Reichman, Esq.
                                             **Prato & Reichman, APC**
                                             Attorneys for Plaintiff
                                             PAUL SAPAN